## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

**CINTHIA MEJIA-DELCID #A205-877-452**   **CASE NO.  6:26-CV-02117 SEC P**

**VERSUS**   **JUDGE TERRY A. DOUGHTY**

**MARKWAYNE MULLIN ET AL**   **MAGISTRATE JUDGE HORNSBY**

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 3], noting no written and filed objections thereto,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Petitioner Cinthia Mejia-Delcid's Petition for Writ of Habeas Corpus [Doc. No. 1] is **DENIED**.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner's claim regarding her detention is **DENIED AND DISMISSED WITHOUT PREJUDICE** to Petitioner's right to re-file if her detention becomes unconstitutional.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Petitioner's claims regarding a bond hearing and attorneys' fees and costs are **DENIED AND DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 27th day of July 2026

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE